IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:15-cv-14370-RLR

NERKEIN CAMPOS, an individual, and
on behalf of others similarly situated,

        Plaintiff,

v.

CHAVAM ENTERPRISES INC., a Florida
Corporation, and CHAVOITA LESANE,
individually,

        Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THE DEFENDANT, CHAVOITA LESANE, AND INCORPORATED MEMORANDUM OF LAW

The Plaintiff, Nerkein Campos (hereinafter, "Campos"), respectfully requests entry of judgment by default to be entered against the Defendant, Chavoita Lesane, pursuant to Federal Rule of Civil Procedure 55(b), and states as follows:

1. Campos filed her Complaint and Demand for Jury Trial on October 27, 2015. [D.E. 1].

2. The Defendant, Chavoita Lesane, was served with the Summons and Complaint on November 13, 2015, at 4800 North Federal Highway, Suite C-101, Boca Raton, Florida 33431. [D.E. 11].

3. The Answer to the Complaint was due on December 4, 2015, but the Defendant failed to respond to the Complaint.

4. On December 7, 2015, Campos moved for an entry of Clerk's Default. [D.E. 15].

1

5. On December 7, 2015, the Clerk entered a Default against the Defendant. [D.E. 17].

6. As of the date of this Motion, the Defendant has failed to answer or otherwise appear in this case.

7. In support of this Motion, Campos relies upon the record and an Affidavit of Campos's counsel, Rebecca Radosevich, which is attached hereto and marked as Exhibit "A."

8. As such, Campos respectfully requests that this Honorable Court enter a Default Judgment against the Defendant, Chavoita Lesane.

## Memorandum of Law

"Under Fed.R.Civ.P. 55(a), "obtaining a default judgment is normally a two-step process." *Turrit Ins., Inc. v. Elensky*, 2015 WL 1802804, at *1 (S.D. Fla. 2015) (citing *Chen v. Siemens Energy Incorporated*, 2011 WL 1261115, *1 (M.D. Fla. March 9, 2011); see Fed.R.Civ.P. 55. "The moving party must first show 'by affidavit or otherwise' that another party is in default." *Id.* A party may seek a default judgment upon a showing that a party has failed to plead or otherwise defend and after obtaining an 'entry of default' from the Clerk. *Id.* "A defendant cannot be permitted to 'avoid or delay a plaintiff's right to judicial resolution of a dispute by ignoring the proceeding.'" *Keevan &Son, Inc. v. Callier Steel Pipe & Tube, Inc.*, 107 F.R.D 665, 670 (S.D. Fla. 1985) (citing *McKenzie v. Wakulla County*, 89 F.R.D. 444 (N.D. Fla.1981).

In this case, the Defendant was served with the Complaint on November 13, 2015, and has failed to plead or otherwise defend this action. The Clerk entered a default against the Defendant on December 7, 2015. As such, Campos respectfully requests that this Honorable Court enter a default judgment against the Defendant, Chavoita Lesane.

2

WHEREFORE, based on the foregoing arguments and the authorities cited, the Plaintiff, Nerkein Campos, respectfully requests this Honorable Court enter a judicial default against the Defendant, Chavoita Lesane., and any other relief as this Honorable Court deems just and proper.

Dated: January 12, 2016

Respectfully submitted,

s/ Rebecca Radosevich
Rebecca Radosevich
Florida Bar No.: 91205
Serv529@LegalBrains.com
Rradosevich@LegalBrains.com
**THE TICKTIN LAW GROUP, P.A.**
600 West Hillsboro Boulevard, Suite 220
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Rebecca Radosevich

Rebecca Radosevich

3

THE TICKTIN LAW GROUP, P.A.
600 WEST HILLSBORO BOULEVARD, SUITE 220, DEERFIELD BEACH, FLORIDA 33441-1610
TELEPHONE: (954) 570-6757

## SERVICE LIST

Chavam Enterprises Inc.
Registered Agent: Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945
Via U.S. Mail

Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945
Via U.S. Mail

4

## SERVICE LIST

Chavam Enterprises Inc.
Registered Agent: Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945
Via U.S. Mail

Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945
Via U.S. Mail

4