IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-cv-14370-RLR

NERKEIN CAMPOS, an individual, and
on behalf of others similarly situated,

        Plaintiff,

v.

CHAVAM ENTERPRISES INC., a Florida
Corporation, and CHAVOITA LESANE,
individually,

        Defendants.
_____/

## MOTION TO RE-SET EVIDENTIARY HEARING

The Plaintiff, Nerkein Campos, by and through her undersigned attorneys hereby moves this Honorable Court to re-set the evidentiary hearing scheduled for February 4, 2016, pursuant this Court's Order [D.E. 23], and states as follows:

1. The Complaint in this action was filed on October 27, 2015.

2. On December 7, 2015, the Clerk entered a clerk's default against the Defendant. D.E. 17.

3. On December 12, 2016, the Plaintiff filed a Motion for Default Judgment against the Defendant. D.E. 22.

4. On January 28, 2016, this Honorable Court entered an Order scheduling an evidentiary hearing for February 4, 2016. D.E. 23.

5. Counsel for the Plaintiff is already scheduled to be in a deposition of a key witness in another Southern District case, *United States Equal Employment Opportunity Commission v.*

1

*Vacation Resorts International*, case number 15-cv-62061, which was scheduled prior to the entry of this court's order.

6. The deposition that was scheduled in this case was coordinated with all of the parties, and the discovery cut-off is March 11, 2016.

7. As such, counsel for the Plaintiff respectfully requests that this Honorable Court re-set the evidentiary hearing for another date.

8. No party will be prejudiced by the rescheduling of this hearing as the Defendant has not even appeared on this case.

9. This Motion is being brought in good faith and not for the purpose of delay.

Wherefore, the Plaintiff, Nerkein Campos, respectfully moves this Honorable Court to re-set the evidentiary hearing for a date after February 15, 2016.

Dated: January 29, 2016

Respectfully submitted,

s/ Rebecca Radosevich
Rebecca Radosevich
Florida Bar No.: 91205
Serv529@LegalBrains.com
Rradosevich@LegalBrains.com
**THE TICKTIN LAW GROUP, P.A.**
600 West Hillsboro Boulevard
Suite 220
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for the Plaintiff*

2

THE TICKTIN LAW GROUP, P.A.
600 WEST HILLSBORO BOULEVARD, SUITE 220, DEERFIELD BEACH, FLORIDA 33441-1610
TELEPHONE: (954) 570-6757

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Rebecca Radosevich
Rebecca Radosevich
Florida Bar No.: 91205
Serv529@LegalBrains.com
**THE TICKTIN LAW GROUP, P.A.**
600 West Hillsboro Boulevard
Suite 220
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Attorneys for the Plaintiff

3

THE TICKTIN LAW GROUP, P.A.
600 WEST HILLSBORO BOULEVARD, SUITE 220, DEERFIELD BEACH, FLORIDA 33441-1610
TELEPHONE: (954) 570-6757

## SERVICE LIST

Chavam Enterprises Inc.
Registered Agent: Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945

Chavoita Lesane
100 Blue Grotto Drive
Fort Pierce, Florida 34945

4