Nerkein Campos

## My hours

| | |
|---|---|
| June 3rd | July 6 |
| 9:30 to 2:00am = 17½hrs | 9:00am to 9:00pm = 12hrs |
| June 7th | July 7th |
| 9:30 to 2:00am = 17½hrs | 9:00am to 9:00pm = 12hrs |
| June 10th | July 8th |
| 9:30 to 2:00am = 17½hrs | 9:00am to 2:00am = 17hrs |
| June 14th | July 9th |
| 10:00 to 2:00am = 16hrs | 9:00am to 9:00pm = 12hrs |
| June 21st | July 10th |
| 10:00 to 2:00am = 16hrs | 9:00am to 9:00pm = 12hrs |
| June 24th | July 11th |
| 10:00 to 2:00am = 16hrs | 9:00am to 9:00pm = 12hrs |
| June 28th | July 12th |
| 10:00 to 2:00am = 16hrs | 9:00am to 2:00am = 17hrs |
| July 1st | July 13th |
| 10:00 to 2:00am = 16hrs | 9:00am to 9:00pm = 12hrs |
| July 2nd | July 14th |
| 8:00am to 9:00pm = 13hrs | 9:00am to 9:00pm = 12hrs |
| July 3rd | July 15th |
| 8:00am to 9:00pm = 13hrs | 10:00am to 2:00am = 16hrs |
| July 4th | July 16th |
| 8:00am to 4:00pm = 8hrs | 9:00am to 9:00pm = 12hrs |
| July 5th | July 17th |
| 9:00am to 2:00am = 17hrs | 9:00am to 9:00pm = 12hrs |



PLAINTIFF'S EXHIBIT
CASE CV NO. 15-14370
EXHIBIT NO. 1

July 18th
9:00am to 9:00pm = 12hrs
July 19th
10:00am to 2:00am = 16hrs
July 20th
9:00am to 9:00pm = 12hrs
July 21st
9:00am to 9:00pm = 12hrs
July 22nd
10:00am to 2:00am = 16hrs
July 23rd
9:00am to 9:00pm = 12hrs
July 24th
10:00am to 9:00pm = 11hrs
July 25th
10:00am to 9:00pm = 11hrs
July 26
10:30am to 2:00am = 16½hrs
July 27th
10:30am to 9:00pm = 11½hrs
July 28th
10:30am to 9:00pm = 11½hrs
July 29th
11:00am to 9:00pm = 10hrs