UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 2:15-cv-14370-ROSENBERG/MAYNARD

NERKEIN CAMPOS

    Plaintiff,

v.

CHAVAM ENTERPRISES, Inc. &
CHAVOITA LESANE

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND HOLDING DEFENDANT IN CIVIL CONTEMPT

This matter is before the Court upon Plaintiff's Motion for Order to Show Cause as to why Defendant Chavoita Lesane should not be held in civil contempt. DE 36. Plaintiff requested the award of all reasonable attorneys' fees and costs related to costs incurred post-judgment, as well as any other relief the Court deemed just and proper. DE 36. The Motion was referred to the Honorable Magistrate Judge Shaniek M. Maynard for a Report and Recommendation. DE 37. On June 30, 2020, Judge Maynard granted Plaintiff's Motion for Order to Show Cause and ordered Defendant to file a response showing why the Court should not find him in civil contempt or impose other sanctions against him. DE 45. Defendant did not respond. On February 16, 2021, Judge Maynard issued a Report and Recommendation, which included certified facts pursuant to 28 U.S.C. § 626(e). Specifically, Judge Maynard found that Plaintiff met her initial burden of demonstrating by clear and convincing evidence that Defendant had actual notice of the Final Default Judgment, Plaintiffs' deposition subpoenas, and Judge Maynard's various orders to respond, all of which were valid, lawful, clear, and unambiguous. DE 48 at 5. Despite numerous instances of actual notice, Defendant failed to respond to the Plaintiff's Motion

initially or by the extended deadlines and subsequently failed to respond to Judge Maynard's Order to Show Cause [DE 45]. DE 48 at 5. In light of those certified facts, Judge Maynard recommended that the Court conduct further civil contempt proceedings by requiring Defendant to appear before the Court to show why he should not be found in contempt. *Id.* at 7. Judge Maynard also recommended that the Court order Defendant to pay Plaintiff $2,145.00 for the fees and costs Plaintiff incurred in pursuing Defendant's post-judgment depositions and the related motions. *Id.* No Objections to the Report and Recommendation were filed.

      The Court conducted a *de novo* review of Judge Maynard's Report and Recommendation and the record. The Court agreed with the analysis and conclusions in the Report and Recommendation and found Judge Maynard's recommendation to be well reasoned and correct. Thus, the Court set an evidentiary hearing for March 23, 2021 and ordered Defendant to appear before the Court to explain why he should not be held in civil contempt. DE 50. Defendant did not make an appearance at the hearing.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 37] is hereby **ADOPTED.**

2. The Court hereby holds Defendant Chavoita Lesane in **CIVIL CONTEMPT** for failing comply with Plaintiff's subpoenas, attend the depositions, respond to Judge Maynard's Order to Show Cause [DE 45], and make an appearance at the Court's evidentiary hearing [DE 50].

3. Defendant Chavoita Lesane is ordered to pay $2,145.00 in attorneys' fees and costs to Plaintiff Nerkein Campos, in addition to the $9.781.00 the Default Final Judgment obligates Defendants Chavoita Lesane and Chavam Enterprises Inc. to pay Plaintiff [DE 35].[1]

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of March, 2021.

*Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Pro Se Defendant

---

[1] Although Plaintiff noted on page 2 of her Motion that she is seeking the Court's assistance in requiring Defendant to produce himself for his deposition, no request for this relief was made in Plaintiff's wherefore clause, and Judge Maynard did not discuss such relief in her Report and Recommendation. Therefore, the Court will not grant such relief at this time.