**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 15-CV-14370-RLR**

NERKEIN CAMPOS,

    Plaintiff,

v.

CHAVAM ENTERPRISES, INC., and
CHAVOITA LESANE,

    Defendants.

_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION**
**THAT A WARRANT MAY ISSUE FOR DEFENDANT'S ARREST**
**<u>IF HE FAILS TO COMPLY WITH THIS ORDER</u>**

This matter comes before the Court upon Plaintiff's post-judgment Renewed Motion for Civil Contempt ("Renewed Motion") [DE 67]. The Renewed Motion fell within the scope of an existing referral to the Honorable Magistrate Judge Shaniek M. Maynard, *see* DE 64, who prepared a Report and Recommendation, DE 68. In the Report and Recommendation, Judge Maynard explained Defendant's repeated failures to comply with the outstanding post-judgment subpoenas or to attend depositions, respond to the Court's orders, or appear for scheduled hearings. *Id.* at 3–5. In fact, this Court adopted a previous Report and Recommendation by Judge Maynard to hold Defendant in contempt. DE 54. Still, Defendant failed to comply with that Order or any of Judge Maynard's subsequent orders. As a result, on September 4, 2024, Plaintiff filed another motion seeking to hold Defendant in civil contempt. DE 63. Then, on October 29, 2024, Judge Maynard allowed Defendant to avoid civil contempt by either contacting Plaintiff's counsel or showing cause why he should not be held in contempt. DE 65. That order allowed Plaintiff to renew the

motion for sanctions if Defendant did not comply by December 2, 2024. DE 65.  Plaintiff complied with Judge Maynard's order to serve Defendant with the relevant order. DE 66.

Because Defendant neither contacted Plaintiff nor showed cause why he should not be held in civil contempt, Plaintiff filed this Renewed Motion. DE 67.  In the Report and Recommendation on the Renewed Motion, Judge Maynard ordered Plaintiff to serve a copy of the Report, the relevant prior orders, and the docket on Defendant. DE 68 at 6.  The deadline for a party to file objections to the Report was April 28, 2025. *Id.* at 7.  The deadline for a party to a Notice of Non-Objection was April 19, 2025. *Id.*  Plaintiff filed her Notice of Non-Objection and served Defendant with the relevant documents on April 18, 2025.  DE 69, 70.  Judge Maynard's recommendation is that this Court: (1) grant Plaintiff's Renewed Motion "by setting a show cause hearing and ordering Defendant Chavoita Lesane to appear before [this Court] and show cause why he should not be held in civil contempt of court for willfully violating [Judge Maynard's] orders," and (2) allow Defendant Lesane to purge himself of contempt by appearing for a deposition during the 45-day period following an order on the Report and Recommendation. DE 68 at 6.  Judge Maynard further recommended that, if Defendant Lesane fails to appear again, this Court issue a warrant for Defendant Lesane's arrest, and order that he be incarcerated until he agrees to appear for a deposition. *Id.*

The Court conducted a *de novo* review of Judge Maynard's Report and Recommendation, the Renewed Motion, and the record.  The Court agrees with the analysis and conclusions in the Report and Recommendation and finds it to be well reasoned and correct.  In particular, the Court agrees that "given the gravity of the requested sanctions including the requested issuance of an arrest warrant," Defendant Lesane should be afforded an opportunity to appear for his deposition within the 45-day period following the issuance of this order. DE 68 at 4–5 (quoting DE 65 at 4).

2

Thus, should Defendant again fail to appear for the deposition within the allotted time or fail to show cause as to why he should not be held in contempt at the below scheduled hearing, the Court will then hold him in civil contempt. At that point, a warrant for his arrest may be issued, as is within this Court's power. *Citronelle-Moile Gathering, Inc. v. Watkins*, 943 F.2d 1297, 1301 (11th Cir. 1991) ("Courts have inherent power to enforce compliance with their lawful orders through civil contempt."); *Asbun v. Vagos Servs., Inc.*, No. 15-61370-CIV, 2018 WL 6424900 (S.D. Fla. Dec. 6, 2018) (adopting report and recommendation and warning defendant that an arrest warrant may issue if he failed to purge himself of contempt).

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Maynard's Report and Recommendation [DE 68] is **ADOPTED** in part.
2. Plaintiff's Renewed Motion for Contempt [DE 67] is **GRANTED** in part.
3. The parties are **ORDERED** to appear for a show cause hearing on **July 2, 2025**, and Defendant Lesane must show cause why he should not be held in civil contempt of court for willfully violating Judge Maynard's and this Court's orders.
4. The Zoom information for the show cause hearing is as follows: Join ZoomGov Meeting https://www.zoomgov.com/j/1612004370?pwd=FOpi2hdcyuuXPHRrL5eJ1v8OpXYzl7.1; Meeting ID: 161 200 4370; Passcode: 102239; One tap mobile 8334351820,,1612004370#,,,,*102239# US
5. Defendant Lesane is **ORDERED** to appear for a deposition **before June 27, 2025**. Doing so will cure the basis for civil contempt. **If Defendant Lesane fails to appear for the deposition or show cause why he should not be held in civil contempt, the Court may hold him in contempt, a warrant for his arrest may be issued, and he may be incarcerated until such time that he purges his contempt by sitting for a deposition**

    **and producing the requested documents.**

6. Within **five business days from the rendition of this Order**, Plaintiff shall serve Defendant Lesane with: (a) this Order, (b) Judge Maynard's Report and Recommendation, (c) a re-noticed subpoena *duces tecum* with a date and time for compliance (d) Judge Maynard's prior Order granting Plaintiff's motion to compel by default, and (e) a copy of the entire docket. Immediately thereafter, Plaintiff shall file a Notice of Compliance certifying that it has served Defendant Lesane as directed.

7. If after Defendant has been served with notice of this Order he fails to comply with any of its requirements, Plaintiff shall file a Notice with the Court indicating what provisions of the order Defendant has violated.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of May, 2025.

                                                           ROBIN L. ROSENBERG
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record